UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HARPREET SINGH,

                Petitioner,                  Case No. 1:26-cv-1182

v.

                                       Honorable Hala Y. Jarbou

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

## ORDER FOR TRANSCRIPT OR RECORDING

On April 10, 2026, the above-named and numbered cause was filed before this Court. Upon review of the docket, the Court notes Petitioner's § 2241 petition, Respondents' motion to dismiss with attachments, and Petitioner's response in opposition to the motion to dismiss.

The Court will order Respondents to file the transcripts or, if transcripts are not available, a recording of the June 3, 2025, bond hearing conducted before the Cleveland Immigration Court that is at issue in this case.

**IT IS ORDERED** that Respondents shall, on or before the third business day after entry of this Order, file transcripts or, if transcripts are not available, a recording of the bond hearing before the Cleveland Immigration Court that is the subject of this action.

**IT IS SO ORDERED**.

Dated: April 30, 2026              /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE